371 A.2d 1301

Commonwealth v. Strachan, Appellant.

Argued November 12, 1976. Harry F. Schmoll, Jr., for appellant; Joseph M. Stanichak, Assistant District Attorney, and Joseph S. Walko, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., absent.